IDA MAY GOOD *et al.*

*v.*

THE BANK OF EDWARDSVILLE *et al.*

*Opinion filed April 20, 1904.*

APPEALS AND ERRORS—*judgment will be affirmed in absence of abstract of record.* In case of failure to file an abstract of record as required by the rules, the Supreme Court will decline to consider the case on its merits and will affirm the judgment or decree.

APPEAL from the Circuit Court of Madison county; the Hon. CHARLES F. MOORE, Judge, presiding.

WAGGONER & BRADSHAW, for appellants.

CHARLES E. GUELTIG, guardian *ad litem,* for minor appellees.

Mr. CHIEF JUSTICE HAND delivered the opinion of the court:

This was a bill in chancery filed in the circuit court of Madison county for partition and to construe the will of Thomas W. Smith, deceased. No abstract of the record has been filed. The rules of this court require that the party bringing a case to this court shall in all cases, on or before the second day of the term, file in the clerk's office a complete abstract of the record. In case of a failure to file an abstract the court will decline to consider the case upon its merits, and the judgment or decree of the lower court will be affirmed. For a failure to file an abstract the decree is affirmed.

*Decree affirmed.*